IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KATRINIA L. GREEN, by and for the Estate of GLORIA GENE WRIGHT, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CV 318-073 |
| ) ANDREW SAUL, Commissioner of Social Security Administration, ) ) ) | |
| Defendant. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Commissioner.

SO ORDERED this 12th day of September, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE